**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6592

DAVID NIGHTHORSE FIREWALKER-FIELDS,

Plaintiff - Appellant,

v.

L. WHYCHE, Property Seargent; HILL, LT/Unit Manager; MS. ADAMS, SISP
ADA Coordinator; MS. BOONE, Counselor; D. TUELLE, Property Officer; R.
BRATCHER, Property Officer; MS. SUMMERS, SAM Pod Treatment Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. Claude M. Hilton, Senior District Judge. (1:19-cv-00626-CMH-JFA)

Submitted: July 20, 2021                                    Decided: July 23, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Nighthorse Firewalker-Fields, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Nighthorse Firewalker-Fields seeks to appeal the district court's orders denying his motion for a temporary restraining order, granting summary judgment to defendants on some of his claims, and denying an interlocutory appeal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Firewalker-Fields seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*